AO 257 (Rev. 6/78)

| **DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT** |
|---|

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT  ☐ SUPERSEDING

**OFFENSE CHARGED**

18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm;
21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(iii) – Distribution of Cocaine Base

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY:
    SEE ATTACHMENT

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

**DEFENDANT - U.S**

MAHIR A. ZAID,
a/k/a, Demetrius Savoy,

DISTRICT COURT NUMBER

CR08-0132

FILED
MAR 5 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)

ALCOHOL, TOBACCO AND FIREARM

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person
Furnishing Information on this form   JOSEPH P. RUSSONIELLO
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)   JAMES C. MANN, AUSA

**DEFENDANT**

**IS *NOT* IN CUSTODY**
  Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction  } ☐ Federal ☐ State

6) ☐ Awaiting trial on other charges
  If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes  ☐ No   If "Yes" give date filed _____

DATE OF ARREST ▶ Month/Day/Year _____

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT   Bail Amount: NO BAIL

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____   Before Judge: _____

Comments:

## ATTACHMENT TO PENALTY SHEET FOR MAHIR A. ZAID

**Count 1**: 18 U.S.C. § 922(g)(1) – Felon In Possession Of A Firearm.

    (1)    Imprisonment:    Maximum 10 Years.
    (2)    Fine:    $250,000
    (3)    Supervised release:    Maximum 3-Year Term
    (4)    Special assessment:    $100.00

**Count 2**: 21 U.S.C. §§ 841(a)(1), (b)(1)(B)(iii) - Distribution Of A Schedule II Controlled Substance (Cocaine Base).

*If 851 Information alleging prior felony narcotics conviction filed*:

    (1)    Imprisonment:    Maximum Life Imprisonment
                                        Mandatory Minimum 10 Years Imprisonment
    (2)    Fine:    Maximum $4,000,000
    (3)    Supervised Release:    Maximum Lifetime
                                        Mandatory Minimum 8-Year Term
    (4)    Special Assessment:    $100.00

*If 851 Information alleging prior felony narcotics conviction **not** filed*:

    (1)    Imprisonment:    Maximum 40 Years Imprisonment
                                        Mandatory Minimum 5 Years Imprisonment
    (2)    Fine:    Maximum $2,000,000
    (3)    Supervised Release:    Maximum Lifetime
                                        Mandatory Minimum 4-Year Term.
    (4)    Special Assessment:    $100.00

# United States District Court

**FOR THE**
**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: OAKLAND

---

UNITED STATES OF AMERICA,

V.

CR 08-0132

MAHIR A. ZAID,
a/k/a, Demetrius Savoy,

DEFENDANT(S).

---

## INDICTMENT

18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm;
21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(iii) – Distribution of Cocaine Base

A true bill.

_____ Foreman

Filed in open court this __23__ day of
March 2008.

3-5-08                                    Clerk

Bail, $ __No Bail__

JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

FILED

2008 MAR -5 PM 1:29

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) No. CR 08-0132 |
|---|---|
| Plaintiff, | ) VIOLATIONS: 18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm; 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(iii) – Distribution of Cocaine Base |
| v. | |
| MAHIR A. ZAID, a/k/a Demetrius Savoy, | |
| | ) OAKLAND VENUE |
| Defendant. | |

INDICTMENT

The Grand Jury charges:

COUNT ONE:        (18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm)

On or about January 8, 2008, in the Northern District of California, the defendant,

MAHIR A. ZAID,
a/k/a Demetrius Savoy,

having previously been convicted of a felony crime punishable by a term of imprisonment exceeding one year, did knowingly possess a firearm, described as a Sig Sauer, model P228, 9mm Luger semiautomatic pistol with an obliterated serial number, in and affecting commerce, in violation of Title 18, United States Code, Section 922(g)(1).

INDICTMENT

Document No.

District Court
Criminal Case Processing

COUNT TWO:   (21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(iii) – Distribution of Cocaine Base)

On or about January 29, 2008, in the Northern District of California, the defendant,

MAHIR A. ZAID,
a/k/a Demetrius Savoy,

did knowingly distribute a Schedule II controlled substance, namely, approximately 12.1 grams of a mixture and substance containing a detectable amount of cocaine base in the form of "crack" cocaine, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(iii).

DATED: March ___, 2008

A TRUE BILL.

_____
FOREPERSON

JOSEPH P. RUSSONIELLO
United States Attorney

_____
W. DOUGLAS SPRAGUE
Chief, Oakland Branch

(Approved as to form: _____ )
AUSA J.C. MANN

INDICTMENT