JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

JAMES C. MANN (CABN 221603)
Assistant United States Attorney

    1301 Clay Street, Suite 340-S
    Oakland, California 94612
    Telephone: (510) 637-3705
    Facsimile: (510) 637-3724
    E-Mail: James.C.Mann@usdoj.gov

Attorneys for Plaintiff

FILED
2008 MAR -5 PM 1:29
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> MAHIR A. ZAID, <br>     a/k/a Demetrius Savoy, <br><br> Defendant. | NO. CR08-0132 <br><br> SEALING APPLICATION AND SEALING ORDER |

    The United States requests that the Indictment, Penalty Sheet, and Arrest Warrant in the above-captioned case filed with the Court on March 5, 2008, be filed under seal until further order of the Court (except that the Clerk's office may provide a copy of the Arrest Warrant to the United States Attorney's Office or the Bureau of Alcohol, Tobacco and Firearms). The reason for this request is to facilitate the arrest of the defendant. Revealing the Indictment may compromise the arrest of the defendant.

////

////

////

SEALING APPLICATION AND ORDER

1 | WHEREFORE, I respectfully request that the Court issue an Order granting this
2 | Application.

4 | DATED: March 5, 2008

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

JAMES C. MANN
Assistant United States Attorney

## ORDER

On the government's application, the Indictment, Penalty Sheet, and Arrest Warrant filed with the Court on March 5, 2008, shall be filed under seal until further order of the Court (except that the Clerk's office may provide a copy of the Arrest Warrant to the United States Attorney's Office or the Bureau of Alcohol, Tobacco and Firearms).

IT IS SO ORDERED.

DATED: 3-5-08

D. LOWELL JENSEN
UNITED STATES DISTRICT COURT JUDGE

SEALING APPLICATION AND ORDER          -2-