**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CRIMINAL PRETRIAL MINUTES**

Date: 4/8/08

CR 08-00132SBA    **JUDGE: SAUNDRA BROWN ARMSTRONG**

ZAID    Present (X) Not Present ( ) In Custody (X)
   DEFENDANT(S)

| JAMES MANN | SHAWN HALBERT |
|---|---|
| U.S. ATTORNEY | ATTORNEY FOR DEFENDANT(S) |

Deputy Clerk: Lisa R. Clark    DIANE SKILLMAN
                               Court Reporter

Interpreter    Probation Officer

**PROCEEDINGS**

**REASON FOR HEARING:** STATUS - HELD

**RESULT OF HEARING:** COURT FINDS EXCLUDABLE TIME BASED ON ADEQUATE PREPARATION OF COUNSEL UNTIL 4/22/08

**JUDGMENT:**

**PROCEEDINGS**

Case Continued to 4/22/08 for Further Status/Trial Setting/ Motion Setting/Evidentiary Hearing @ 9:00 a.m.
Case Continued to _____ @ 9:00 a.m. for _____ Motions
Brief Sched. Motion papers by _____ Opposition by _____ Reply by _____
Case Continued to _____ for Pretrial Conference at 11:00 a.m.
Pretrial Papers Due _____ Motions in limine/objections to evidence due _____
Responses to motions in limine and/or responses to objections to evidence due _____
Case Continued to _____ for Trial (Court/Jury: ___ Days/weeks) at 8:30 a.m.
Case Continued to _____ for Judgment & Sentencing as to Count(s) _____ of the (Indictment/Information) @ 10:00 a.m.
Case Continued to _____ for Change of Plea @ 11:00 a.m.
cc: