BARRY J. PORTMAN
Federal Public Defender
SHAWN HALBERT
Assistant Federal Public Defender
555 12th Street, Suite 650
Oakland, CA 94607
Tel: (510) 637-3500

Counsel for Defendant MAHIR ZAID

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 08-0132 SBA |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER TO |
| ) | CONTINUE STATUS HEARING |
| v. ) | FROM APRIL 22, 2008 TO APRIL 29, |
| ) | 2008 AND FOR EXCLUSION OF |
| MAHIR ZAID ) | TIME |
| ) | |
| Defendant. ) | |

   Defendant Mahir Zaid is scheduled to appear before Your Honor on April 22, 2008. Undersigned defense counsel will be unavailable on April 22, 2008. Additionally, the defense is in the process of gathering additional information and will make use of the additional week in preparing the case. The government agrees that the continuance is appropriate, and the parties therefore stipulate and agree that Mr. Zaid's hearing should be continued by one week to April 29, 2008 at 9:00 a.m.. Mr. Zaid is in custody.

   The parties further stipulate and agree that the time between April 22, 2008 and April 29, 2008, should be excluded from calculations under the Speedy Trial Act, 18 U.S.C. §3161(h)(8)(A) and (B)(iv). The additional time is necessary for continuity of counsel, and counsel will also use the time reasonably for effective preparation, taking into account the exercise of due diligence.

- 1 -

1  For these reasons, the parties request that the Court order that this period of time should be
2  excluded under the Speedy Trial Act, 18 U.S.C. §3161 (h)(8)(A) and (B)(iv), because the
3  continuance is necessary to provide defendant with continuity of counsel and with the reasonable
4  time necessary for effective preparation, taking into account the exercise of due diligence.
5  SO STIPULATED.
6  Dated:      April 18, 2008                         /S/
7                                                     _____
                                                      JAMES MANN
                                                      Assistant United States Attorney
8
9  SO STIPULATED.
10 Dated:      April 18, 2008                         /S/
11                                                    _____
                                                      SHAWN HALBERT
                                                      Attorney for Defendant ZAID
12
13                              SIGNATURE ATTESTATION
14     I hereby attest that I have on file all holograph signatures for any signatures indicated by
15 a "conformed" signature (/S/) within this e-filed document.

- 2 -

**ORDER**

Good cause appearing therefore, and pursuant to the stipulation of the parties, it is the ORDER of this Court that the above-captioned matter be continued by one week from April 22, 2008 to April 29, 2008 at 9:00 a.m. for status.

Based on the reasons provided in the stipulation of the parties above, the Court hereby FINDS that the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial, and that the failure to continue the matter would deny defendant Zaid continuity of counsel and the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. See 18 U.S.C. §3161(h)(8)(A) & (B)(iv).

Based on these findings, IT IS HEREBY ORDERED THAT the time from April 22, 2008 to April 29, 2008 shall be excluded for purposes of the Speedy Trial Act, 18 U.S.C. §3161(h)(8)(A) and (B)(iv).

Dated:  4/21/08

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Court

- 3 -