JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

JAMES C. MANN (CABN 221603)
Assistant United States Attorney

    1301 Clay Street, Suite 340-S
    Oakland, California 94612
    Telephone: (510) 637-3705
    Facsimile:  (510) 637-3724
    E-Mail:     James.C.Mann@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-08-0132 SBA |
| Plaintiff, | **UNITED STATES' INFORMATION FOR INCREASED PUNISHMENT BY REASON OF PRIOR FELONY DRUG CONVICTION UNDER 21 U.S.C. § 851** |
| v. | |
| MAHIR A. ZAID, a/k/a Demetrius Savoy, | |
| Defendant. | |

**INFORMATION**

Pursuant to the provisions of 21 U.S.C. § 851, the United States Attorney files this Information alleging that:

    1.    The defendant, Mahir A. Zaid (a/k/a Demetrius Savoy), was convicted on or about June 2, 2003, in the Superior Court of California, County of Alameda, case number 144972, of a felony violation of Section 11352(a) of the California Health & Safety Code, specifically, transportation or sale of a controlled substance. Attached as Exhibit 1 are court documents establishing this conviction.

1    2.    Because of this prior felony drug conviction, the defendant is subject to increased punishment pursuant to the provisions of 21 U.S.C. §§ 841(b)(1)(B) and 851 if he is convicted of the violations of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B), distribution of "crack" cocaine, as charged in Count Two of the Indictment filed on March 5, 2008, namely, a mandatory minimum 10-year term of imprisonment; a fine not to exceed $4,000,000; and a mandatory minimum 8-year term of supervised release.

    3.    The United States Attorney hereby gives notice to the defendant and his counsel that if the defendant is convicted of Count Two of the Indictment, the United States intends to rely on his prior felony drug conviction in seeking enhanced punishment at the time of sentencing pursuant to the provisions referenced herein.

DATED: April 28, 2008

JOSEPH P. RUSSONIELLO
United States Attorney

_____
W. DOUGLAS SPRAGUE
Chief, Oakland

(Approved as to form: _____ )
AUSA J.C. MANN

# EXHIBIT 1

Case 4:08-cr-00132-SBA    Document 10    Filed 04/28/2008    Page 4 of 10

ABSTRACT OF JUDGMENT – PRISON COMMITMENT – DETERMINATE
SINGLE, CONCURRENT, OR FULL-TERM CONSECUTIVE COUNT FORM
[Not to be used for multiple count convictions or for 1/3 consecutive sentences.]    CR-290.1

SUPERIOR COURT OF CALIFORNIA, COUNTY OF ALAMEDA
BRANCH OR JUDICIAL DISTRICT: RENE DAVIDSON COURTHOUSE

PEOPLE OF THE STATE OF CALIFORNIA vs.
DEFENDANT: DEMETRIUS SAVOY
AKA: Demetrius Edmond Savoy
CII#: 23215445
BOOKING INFORMATION: PFN BCZ600  CEN: 3235942
DOB: 12-01-83
CASE NUMBER: 144972

☐ NOT PRESENT

**FILED ALAMEDA COUNTY**
**JUL 2 2 2003**
CLERK OF THE SUPERIOR COURT
By Cynthia Brown, DEPUTY

☒ COMMITMENT TO STATE PRISON ABSTRACT OF JUDGMENT    ☐ AMENDED ABSTRACT

DATE OF HEARING: 07-18-03
DEPT. NO.: 011
JUDGE: JON ROLEFSON
CLERK: MARGARET TAKEDA
REPORTER: LISA HODGES
PROBATION NUMBER OR PROBATION OFFICER: DONNA CAMITTA
COUNSEL FOR PEOPLE: ANDY CUELLAR   ☒ Deputy District Attorney   ☐ State Attorney General
COUNSEL FOR DEFENDANT: GREGORY WARD   ☐ Deputy Public Defender   ☒ Private Counsel

1. Defendant was convicted of the commission of the following felony:

| CNT. | CODE | SECTION NO. | CRIME | YEAR CRIME COMMITTED | DATE OF CONVICTION (Month/Date/Year) | CONVICTED BY Jury | CONVICTED BY Court | CONVICTED BY Plea | Term L, M, U | TIME IMPOSED YRS. | TIME IMPOSED MOS. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | HS | 11352(a) | Transport or Sell Narcotic Controlled Substance | 2003 | 06-02-03 | | | X | L | 3 | 0 |

2. ENHANCEMENTS charged and found to be true TIED TO SPECIFIC COUNTS (mainly in the PC 12022 series). List each count enhancement horizontally. Enter time imposed for each or "S" for stayed. DO NOT LIST ANY STRICKEN ENHANCEMENT(S).

| COUNT | ENHANCEMENT | Y/S | ENHANCEMENT | Y/S | ENHANCEMENT | Y/S | ENHANCEMENT | Y/S | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

3. ENHANCEMENTS charged and found to be true FOR PRIOR CONVICTION OR PRISON TERMS (mainly in the PC 667 series). List all enhancements horizontally. Enter time imposed for each or "S" for stayed. DO NOT LIST ANY STRICKEN ENHANCEMENT(S).

| ENHANCEMENT | Y/S | ENHANCEMENT | Y/S | ENHANCEMENT | Y/S | ENHANCEMENT | Y/S | TOTAL |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

4. ☐ Defendant was sentenced pursuant to PC 667 (b)-(i) or PC 1170.12 (two-strikes).
5. FINANCIAL OBLIGATIONS (including any applicable penalty assessments):
   Restitution Fine(s) of: $200.00 per PC 1202.4(b) forthwith per PC 2085.5; $200.00 per PC 1202.45 suspended unless parole is revoked.
   Restitution per PC 1202.4(f): ☐ $_____ / ☐ Amount to be determined    to: ☐ victim(s)*   ☐ Restitution Fund
   (*List victim name(s) if known and amount breakdown in item 7, below.)
   Fine(s): $_____ per PC 1202.5, $_____ per VC 23550 or _____ days ☐ county jail ☐ prison in lieu of fine ☐ CC ☐ CS
   Lab Fee: $_____ per HS 11372.5(a) for counts _____. ☐ Drug Program Fee of $150 per HS 11372.7(a).
6. TESTING: a. ☐ AIDS pursuant to PC 1202.1   b. ☐ DNA pursuant to PC 296   c. ☐ other (specify):
7. Other orders (specify):

8. TOTAL TIME IMPOSED EXCLUDING COUNTY JAIL TERM: 3  0
9. ☒ This sentence is to run concurrent with (specify): any other term the defendant is obligated to serve.
10. Execution of sentence imposed
    a. ☐ at initial sentencing hearing.
    b. ☐ at resentencing per decision on appeal.
    c. ☒ after revocation of probation.
    d. ☐ at resentencing per recall of commitment. (PC 1170(d).)
    e. ☐ other (specify):

11. DATE SENTENCE PRONOUNCED: 07-18-03 | CREDIT FOR TIME SPENT IN CUSTODY | TOTAL DAYS: 224 INCLUDING: | ACTUAL LOCAL TIME 149 | LOCAL CONDUCT CREDITS 75 | ☒ 4019 ☐ 2933.1 | SERVED TIME IN STATE INSTITUTION ☐ DMH ☐ CDC ☐ CRC

12. The defendant is remanded to the custody of the sheriff ☒ forthwith   ☐ after 48 hours excluding Saturdays, Sundays, and holidays.
    to be delivered to: ☒ reception center designated by Director, California Department of Corrections: ☒ San Quentin ☐ Chowchilla
    ☐ Other (specify):

CLERK OF THE COURT: I hereby certify the foregoing to be a correct abstract of the judgment made in this action.

DEPUTY'S SIGNATURE: Cynthia Dominick    DATE: 07-22-03

This form is prescribed under PC 1213.5 to satisfy the requirements of PC 1213 for determinate sentences. Attachments may be used but must be referred to in this document.

Form Adopted for Mandatory Use
Judicial Council of California
CR-290.1 - (Rev. January 1, 2003)

ABSTRACT OF JUDGMENT – PRISON COMMITMENT – DETERMINATE
SINGLE, CONCURRENT, OR FULL-TERM CONSECUTIVE COUNT FORM

Penal Code sections
1170, 1213, 1213.5

\my typing\144972-1.doc    1



SUPERIOR COURT OF CALIFORNIA
COUNTY OF ALAMEDA
The foregoing instrument is a true and correct
copy of the original on file in this office

ATTEST: JAN 17 2008

CLERK OF THE SUPERIOR COURT
By_____
Deputy

SUPERIOR COURT OF CALIFORNIA, COUNTY OF ALAMEDA     Dept. No. 011 cd

| Date: July 18, 2003 | Hon. JON ROLEFSON, Judge | Margaret Takeda, Dep.Clk. |
| --- | --- | --- |
| | | Lisa Hodges, Reporter |

| THE PEOPLE OF THE STATE OF CALIFORNIA | Counsel appearing for Plaintiff | Andy Cuellar, Deputy District Attorney |
| --- | --- | --- |
| Plaintiff | | |
| vs. | Counsel appearing for Defendant | Gregory Ward, Esquire |
| DEMETRIUS SAVOY | | |
| | Probation Officer appearing | Donna Camitta, Deputy |
| Defendant | | |

Nature of Proceedings:   **REPORT AND SENTENCE**

Case No. **144972**
PFN: **BCZ600**
CEN: **3235942**

Defendant is present.

Defendant's motion for probation is denied.

Defendant having been convicted by plea of no contest of the felony offense(s) shown below. The defendant waives formal arraignment for sentence and has no legal cause to show why the judgment of this Court should not be pronounced against him/he

The Court pronounces judgment. Defendant is to be punished by imprisonment in the State Prison of the State of California for:

| | | | | YEAR CRIME COMMITTED | DATE OF CONVICTION (Month/Date/Year) | CONVICTED BY | | | Term L, M, U | TIME IMPOSED | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 1. Defendant was convicted of the commission of the following felony: | | | | | | Jury | Court | Plea | | | |
| CNT. | CODE | SECTION NO. | CRIME | | | | | | | YRS. | MOS. |
| 1 | HS | 11352(a) | Transport or Sell Narcotic Controlled Substance | 2003 | 06-02-03 | | | X | L | 3 | 0 |

## TOTAL TERM: 3 YEAR(S), 0 MONTH(S).

The term imposed in this action shall commence to run immediately and concurrently with any other term the defendant is obligated to serve.

Defendant has been in custody for 149 actual days plus 75 days good time/work time credit for a total of 224 days as a result of the same criminal act(s) for which he/she has been convicted.

Defendant is ordered to pay Restitution Fine of $200.00 pursuant to Penal Code section 1202.4(b) and an additional Parole Restitution Fine of $200.00 pursuant to Penal Code section 1202.45 is suspended pending successful completion of parole.

Defendant is remanded to the custody of the Sheriff of the County of Alameda to be delivered by him to Director of Corrections at the California State Prison at San Quentin, San Quentin, California.

:\my typing\144972-2.doc
Rev. 04/07/03)

SUPERIOR COURT OF CALIFORNIA
COUNTY OF ALAMEDA
The foregoing instruments is a true and correct
copy of the original on file in this office

ATTEST: JAN 17 2008

CLERK OF THE SUPERIOR COURT
By _____
                        Deputy

ABSTRACT OF JUDGMENT – PRISON COMMITMENT – DETERMINATE
SINGLE, CONCURRENT, OR FULL-TERM CONSECUTIVE COUNT FORM
[Not to be used for multiple count convictions or for 1/3 consecutive sentences.]   CR-290.1

SUPERIOR COURT OF CALIFORNIA, COUNTY OF ALAMEDA
BRANCH OR JUDICIAL DISTRICT: RENE DAVIDSON COURTHOUSE

PEOPLE OF THE STATE OF CALIFORNIA vs.
DEFENDANT: DEMETRIUS SAVOY
AKA: NONE
CII#: 23215445
BOOKING INFORMATION: PFN BCZ600  CEN: 2278510

DOB: 12-01-83
CASE NUMBER: S479428

☐ NOT PRESENT

**FILED**
ALAMEDA COUNTY
JUL 21 2003
CLERK OF THE SUPERIOR COURT
By Cynthia Brown, Dominick
DEPUTY

☒ COMMITMENT TO STATE PRISON ABSTRACT OF JUDGMENT   ☐ AMENDED ABSTRACT

DATE OF HEARING: 07-18-03
DEPT. NO.: 011
JUDGE: JON ROLEFSON
CLERK: MARGARET TAKEDA
REPORTER: LISA HODGES
PROBATION NUMBER OR PROBATION OFFICER: DONNA CAMITTA
COUNSEL FOR PEOPLE: ANDY CUELLAR  ☒ Deputy District Attorney  ☐ State Attorney General
COUNSEL FOR DEFENDANT: GREGORY WARD  ☐ Deputy Public Defender  ☒ Private Counsel

1. Defendant was convicted of the commission of the following felony:

| CNT. | CODE | SECTION NO. | CRIME | YEAR CRIME COMMITTED | DATE OF CONVICTION (Month/Date/Year) | CONVICTED BY Jury | CONVICTED BY Court | CONVICTED BY Plea | Term L, M, U | TIME IMPOSED YRS. | TIME IMPOSED MOS. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | HS | 11350(a) | POSSESS NARCOTIC CONTROLLED SUBSTANCE | 2002 | 09-10-02 | | | X | L | 1 | 4 |

2. ENHANCEMENTS charged and found to be true TIED TO SPECIFIC COUNTS (mainly in the PC 12022 series). List each count enhancement horizontally. Enter time imposed for each or "S" for stayed. DO NOT LIST ANY STRICKEN ENHANCEMENT(S).

| COUNT | ENHANCEMENT | Y/S | ENHANCEMENT | Y/S | ENHANCEMENT | Y/S | ENHANCEMENT | Y/S | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

3. ENHANCEMENTS charged and found to be true FOR PRIOR CONVICTION OR PRISON TERMS (mainly in the PC 667 series). List all enhancements horizontally. Enter time imposed for each or "S" for stayed. DO NOT LIST ANY STRICKEN ENHANCEMENT(S).

| ENHANCEMENT | Y/S | ENHANCEMENT | Y/S | ENHANCEMENT | Y/S | ENHANCEMENT | Y/S | TOTAL |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

4. ☐ Defendant was sentenced pursuant to PC 667 (b)-(i) or PC 1170.12 (two-strikes).
5. FINANCIAL OBLIGATIONS (including any applicable penalty assessments):
   Restitution Fine(s) of: $200.00 per PC 1202.4(b) forthwith per PC 2085.5; $200.00 per PC 1202.45 suspended unless parole is revoked.
   Restitution per PC 1202.4(f): ☐ $_____ / ☐ Amount to be determined   to: ☐ victim(s)*  ☐ Restitution Fund
   (*List victim name(s) if known and amount breakdown in item 7, below.)
   Fine(s): $_____ per PC 1202.5.  $_____ per VC 23550 or _____ days  ☐ county jail  ☐ prison in lieu of fine  ☐ CC  ☐ CS
   Lab Fee: $_____ per HS 11372.5(a) for counts _____.  ☐ Drug Program Fee of $150 per HS 11372.7(a).
6. TESTING:  a. ☐ AIDS pursuant to PC 1202.1  b. ☐ DNA pursuant to PC 296  c. ☐ other (specify):
7. Other orders (specify):
8. TOTAL TIME IMPOSED EXCLUDING COUNTY JAIL TERM:  1  4
9. ☒ This sentence is to run concurrent with (specify): any other term the defendant is obligated to serve.
   Concurrent with docket # 144972.
10. Execution of sentence imposed
    a. ☐ at initial sentencing hearing.
    b. ☐ at resentencing per decision on appeal.
    c. ☒ after revocation of probation.
    d. ☐ at resentencing per recall of commitment. (PC 1170(d).)
    e. ☐ other (specify):

11. | DATE SENTENCE PRONOUNCED | CREDIT FOR TIME SPENT IN CUSTODY | TOTAL DAYS: INCLUDING: | ACTUAL LOCAL TIME 144 | LOCAL CONDUCT CREDITS 72 | ☒ 4019 ☐ 2933.1 | SERVED TIME IN STATE INSTITUTION ☐ DMH  ☐ CDC  ☐ CRC |
|---|---|---|---|---|---|---|
| 07-18-03 | | 216 | 144 | 72 | | |

12. The defendant is remanded to the custody of the sheriff  ☒ forthwith  ☐ after 48 hours excluding Saturdays, Sundays, and holidays.
To be delivered to:  ☒ reception center designated by Director, California Department of Corrections:  ☒ San Quentin  ☐ Chowchilla
☐ Other (specify):
CLERK OF THE COURT: I hereby certify the foregoing to be a correct abstract of the judgment made in this action.

DEPUTY'S SIGNATURE: Cynthia Dominick
DATE: 07-21-03

This form is prescribed under PC 1213.5 to satisfy the requirements of PC 1213 for determinate sentences. Attachments may be used but must be referred to in this document.

Form Adopted for Mandatory Use
Judicial Council of California
CR-290.1 - (Rev. January 1, 2003)

ABSTRACT OF JUDGMENT – PRISON COMMITMENT – DETERMINATE
SINGLE, CONCURRENT, OR FULL-TERM CONSECUTIVE COUNT FORM

Penal Code sections
1170, 1213, 1213.5

Y:\my typing\s479428-1.doc

SUPERIOR COURT OF CALIFORNIA
COUNTY OF ALAMEDA
The foregoing instrument are true and correct
copie of the original on file in this office

ATTEST: JAN 17 2008

CLERK OF THE SUPERIOR COURT

By _____ Deputy

[Seal: Superior Court of California, County of Alameda — Eureka]

SUPERIOR COURT OF CALIFORNIA, COUNTY OF ALAMEDA          Dept. No. 011 cd

Date: July 18, 2003     Hon. JON ROLEFSON, Judge     Margaret Takeda, Dep.Clk.
                                                    Lisa Hodges, Reporter

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA<br><br>Plaintiff | Counsel appearing for Plaintiff: Andy Cuellar, Deputy District Attorney |
| vs.<br><br>DEMETRIUS SAVOY<br><br>Defendant | Counsel appearing for Defendant: Gregory Ward, Esquire<br><br>Probation Officer appearing: Donna Camitta, Deputy |

Nature of Proceedings:   SENTENCE AFTER REVOCATION

Case No. S479428
PFN: BCZ600
CEN: 2278510

Defendant is present.

On October 22, 2002 the defendant was placed on probation for a period of Three (3) years and on February 26, 2003 probation was revoked. Defendant waives formal hearing. Said matter is submitted and revocation of probation is affirmed.

Defendant having been convicted by plea of no contest of the felony offense(s) shown below. The defendant waives formal arraignment for sentence and has no legal cause to show why the judgment of this Court should not be pronounced against him/he

The Court pronounces judgment. Defendant is to be punished by imprisonment in the State Prison of the State of California for:

| 1. Defendant was convicted of the commission of the following felony: | | | | YEAR CRIME COMMITTED | DATE OF CONVICTION (Month/Date/Year) | CONVICTED BY | | | Term L, M, U | TIME IMPOSED | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Jury | Court | Plea | | | |
| CNT. | CODE | SECTION NO. | CRIME | | | | | | | YRS. | MOS. |
| 1 | HS | 11350(a) | POSSESS NARCOTIC CONTROLLED SUBSTANCE | 2002 | 09-10-02 | | | X | L | 1 | 4 |

## TOTAL TERM: 1 YEAR(S), 4 MONTH(S).

The term imposed in this action shall commence to run immediately and concurrently with any other term the defendant is obligated to serve. Concurrent with docket # 144972

Defendant has been in custody for 144 actual days plus 72 days good time/work time credit for a total of 216 days as a result of the same criminal act(s) for which he/she has been convicted.

Defendant is ordered to pay Restitution Fine of $200.00 pursuant to Penal Code section 1202.4(b) and an additional Parole Restitution Fine of $200.00 pursuant to Penal Code section 1202.45 is suspended pending successful completion of parole.

Defendant is remanded to the custody of the Sheriff of the County of Alameda to be delivered by him to Director of Corrections at the California State Prison at San Quentin, San Quentin, California.

Y:\my typing\s479428-2.doc
(Rev. 04/07/03)