**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CRIMINAL PRETRIAL MINUTES**

Date: 4/29/08

CR 08-00132SBA                    JUDGE: **SAUNDRA BROWN ARMSTRONG**

**MAHIR A. ZAID**              Present (X) Not Present ( ) In Custody (X)
   DEFENDANT(S)

**JAMES MANN**                           **SEAL HALBERT/JEROME MATTHEWS**
U.S. ATTORNEY                       ATTORNEY FOR DEFENDANT(S)

Deputy Clerk: Lisa R. Clark          **STARR WILSON**
                                     Court Reporter

Interpreter                          Probation Officer

**PROCEEDINGS**

**REASON FOR HEARING: STATUS - HELD**

**RESULT OF HEARING: COURT FINDS EXCLUDABLE TIME BASED ON CONTINUITY OF DEFENSE COUNSEL AND ADEQUATE PREPARATION OF DEFENSE COUNSEL UNTIL 6/10/08**

**JUDGMENT:**

**PROCEEDINGS**

Case Continued to **6/10/08** for **Further Status/Trial Setting/ Motion Setting/Evidentiary** Hearing @ 9:00 a.m.
Case Continued to _____ @ 9:00 a.m. for _____ Motions
Brief Sched. Motion papers by _____ Opposition by _____ Reply by _____
Case Continued to _____ for Pretrial Conference at 11:00 a.m.
Pretrial Papers Due _____ Motions in limine/objections to evidence due _____
Responses to motions in limine and/or responses to objections to evidence due _____
Case Continued to _____ for Trial(Court/Jury: ___ Days/weeks) at 8:30 a.m.
Case Continued to _____ for Judgment & Sentencing as to Count(s) _____ of the (Indictment/Information) @ 10:00 a.m.
Case Continued to _____ for Change of Plea @ 11:00 a.m.
cc: