BARRY J. PORTMAN
Federal Public Defender
JEROME MATTHEWS
Assistant Federal Public Defender
555 - 12th Street, Suite 650
Oakland, California  94607
Telephone:  (510) 637-3500

Counsel for Defendant MAHIR ZAID

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-08-0132 SBA |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | NOTICE OF SUBSTITUTION OF |
| | ) | ATTORNEY |
| MAHIR ZAID, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

The Federal Public Defender was previously appointed as counsel for defendant in the

above captioned case pending before the Court.  Pursuant to Criminal Local Rule 44-2 (a),

undersigned counsel, Assistant Federal Public Defender Jerome Matthews, enters his general

appearance for defendant in place of Assistant Federal Public Defender Shawn Halbert.

Counsel's contact information is listed above.

Dated: May 13, 2008

                                        Respectfully submitted,

                                        BARRY J. PORTMAN
                                        Federal Public Defender

                                        /S/

                                        JEROME MATTHEWS
                                        Assistant Federal Public Defender

Notice of Substitution of Attorney                    1