**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CRIMINAL PRETRIAL MINUTES**

Date: 7/1/08

CR 08-00132SBA                               JUDGE: <u>SAUNDRA BROWN ARMSTRONG</u>

**MAHIR A. ZAID**                            Present (X) Not Present ( ) In Custody (X)
  **DEFENDANT(S)**

<u>JAMES MANN</u>                             <u>JEROME MATTHEWS</u>
U.S. ATTORNEY                                ATTORNEY FOR DEFENDANT(S)

Deputy Clerk: Lisa R. Clark                  <u>RAYNEE MERCADO</u>
                                                   Court Reporter

 Interpreter                                 Probation Officer
                              **PROCEEDINGS**

**REASON FOR HEARING:**   <u>STATUS - HELD</u>

**RESULT OF HEARING:**   <u>COURT FINDS EXCLUDABLE TIME BASED ON ADEQUATE PREPARATION OF COUNSEL UNTIL 7/8/08</u>

**JUDGMENT:**

**PROCEEDINGS**

**Case Continued to** <u>7/8/08</u> **for Further Status/<u>Trial Setting</u>/ Motion Setting/Evidentiary Hearing @ 9:00 a.m.**
**Case Continued to**_____ **@ 9:00 a.m. for**_____ **Motions**
**Brief Sched. Motion papers by**_____ **Opposition by**_____ **Reply by**_____
**Case Continued to**_____ **for Pretrial Conference at 11:00 a.m.**
**Pretrial Papers Due**_____ **Motions in limine/objections to evidence due** _____
**Responses to motions in limine and/or responses to objections to evidence due**_____
**Case Continued to**_____ **for Trial(Court/Jury:**___**Days/weeks) at 8:30 a.m.**
**Case Continued to**_____ **for Judgment & Sentencing as to Count(s)** _____**of the (Indictment/Information) @ 10:00 a.m.**
**Case Continued to** <u>7/8/08</u> **for Change of Plea @ 11:00 a.m.**
**cc:**