**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CRIMINAL PRETRIAL MINUTES**

Date:7/8/08

CR 08-00132SBA                    **JUDGE:** **SAUNDRA BROWN ARMSTRONG**

**ZAID**                          **Present (X) Not Present ( ) In Custody (X)**
**    DEFENDANT(S)**

**JAMES MANN**                    **    JEROME MATTHEWS    **
**U.S. ATTORNEY**                 **ATTORNEY FOR DEFENDANT(S)**

Deputy Clerk:  Lisa R. Clark      **    IRENE RODRIQUEZ    **
                                  **Court Reporter**

_____          _____
  Interpreter                       Probation Officer
                          **PROCEEDINGS**

**REASON FOR HEARING:  TRIAL SETTING - HELD**

**RESULT OF HEARING:    COURT FINDS EXCLUDABLE TIME BASED ON ADEQUATE**
**PREPARATION OF COUNSEL AND CONTINUITY OF DEFENSE COUNSEL UNTIL 9/9/09**

                                                        **JUDGMENT:**

                          **PROCEEDINGS**

**Case Continued to_____for Further Status/Trial Setting/ Motion Setting/Evidentiary Hearing**
**@ 9:00 a.m.**
**Case Continued to_____@ 9:00 a.m. for_____ Motions**
**Brief Sched. Motion papers by_____Opposition by_____Reply by_____**
**Case Continued to__9/9/08_____for Pretrial Conference at 11:00 a.m.**
**Pretrial Papers Due_8/19/08__Motions in limine/objections to evidence due_8/26/08__**
**Responses to motions in limine and/or responses to objections to evidence due_9/2/08__**
**Case Continued to_9/17/08_____for Trial(Court/Jury: 3-4 Days/weeks) at 8:30 a.m.**
**Case Continued to_____for Judgment & Sentencing as to Count(s)_____of the**
**(Indictment/Information) @ 10:00 a.m.**
**Case Continued to_____for Change of Plea @ 11:00 a.m.**
**cc:**