1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  JAMES C. MANN (CABN 221603)
   Assistant United States Attorney
5
        1301 Clay Street, Suite 340-S
6       Oakland, California 94612
        Telephone:  (510) 637-3680
7       Facsimile:   (510) 637-3724
        E-Mail:      James.C.Mann@usdoj.gov
8
9  Attorneys for Plaintiff

10                        UNITED STATES DISTRICT COURT

11                       NORTHERN DISTRICT OF CALIFORNIA

12                                OAKLAND DIVISION

13 | UNITED STATES OF AMERICA,            ) No. CR-08-0132 SBA
                                          )
14 |     Plaintiff,                       ) STIPULATED REQUEST TO SET
                                          ) CHANGE OF PLEA AND SENTENCING
15 | v.                                   ) ON NOVEMBER 4, 2008 AND TO
                                          ) EXCLUDE TIME UNDER THE SPEEDY
16 | MAHIR A. ZAID,                       ) TRIAL ACT
         a/k/a Demetrius Savoy,           )
17 |                                      ) Date:   September 9, 2008
                                          ) Time:   11:00 a.m.
18 |     Defendant.                       ) Court:  Hon. Saundra Brown
                                          )         Armstrong
19 |_____ )

20      The above-captioned matter is set on September 9, 2008 before this Court for a pre-trial

21 conference and September 17, 2008 for trial.  The parties request that this Court vacate those

22 dates and set this matter for change of plea and sentencing on November 4, 2008 at 11:00 a.m.,

23 and that the Court exclude time under the Speedy Trial Act between the date of this stipulation

24 and November 4, 2008.

25      The parties have reached an agreement pursuant to Rule 11(c)(1)(C) of the Federal Rules

26 of Criminal Procedure and will submit the proposed plea agreement to the Court at the same time

27 as this stipulation.  To allow time for the Court to consider the proposed plea agreement and for

28 the preparation of a Presentence Investigation Report by the United States Probation Office, the

STIP. REQ. TO SET CHANGE OF PLEA & SENTENCING ON NOVEMBER 4, 2008 & TO EXCLUDE TIME
No. CR-08-0132 SBA

1  parties request that this matter be set on November 4, 2008 at 11:00 a.m. for change of plea and
2  sentencing (assuming the proposed plea agreement is acceptable to the Court).  Since the
3  proposed plea agreement has been submitted to the Court, the parties further stipulate and agree
4  that the time between August 19, 2008 and November 4, 2008 should be excluded under the
5  Speedy Trial Act, and specifically pursuant to 18 U.S.C. § 3161(h)(1)(I), for consideration by the
6  Court of a proposed plea agreement to be entered into by the defendant and the attorney for the
7  government.

9  DATED: August 19, 2008

12      /s/                                                       /s/
    JAMES C. MANN                                   JEROME MATTHEWS
    Assistant United States Attorney                 Counsel for Mahir A. Zaid
13  Counsel for United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MAHIR A. ZAID, <br> a/k/a Demetrius Savoy, <br><br> Defendant. | No. CR-08-0132 SBA <br><br> [PROPOSED] ORDER GRANTING STIPULATED REQUEST TO SET CHANGE OF PLEA AND SENTENCING ON NOVEMBER 4, 2008 AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT <br><br> Date: September 9, 2008 <br> Time: 11:00 a.m. <br> Court: Hon. Saundra Brown Armstrong |

The parties jointly requested that pre-trial conference and the trial date in this matter be vacated and that this matter be set for change of plea and sentencing on November 4, 2008 at 11:00 a.m. The parties further requested that time be excluded under the Speedy Trial Act between August 19, 2008 and November 4, 2008 to allow time for the Court to consider the proposed plea agreement to be entered into by the defendant and the attorney for the government, and to allow time for the preparation of a Presentence Investigation Report by the United States Probation Office. Good cause appearing therefor, and pursuant to 18 U.S.C. § 3161(h)(1)(I),

**IT IS HEREBY ORDERED** that this matter is set for change of plea and sentencing on November 4, 2008 at 11:00 a.m., and that time between August 19, 2008 and November 4, 2008 is excluded under the Speedy Trial Act, and specifically pursuant to 18 U.S.C. § 3161(h)(1)(I),

STIP. REQ. TO SET CHANGE OF PLEA & SENTENCING ON NOVEMBER 4, 2008 & TO EXCLUDE TIME
No. CR-08-0132 SBA

1  for consideration by the Court of a proposed plea agreement to be entered into by the defendant
2  and the attorney for the government. The pre-trial conference and the trial date in this matter are
3  also vacated.
4       **IT IS FURTHER ORDERED** that the United States Probation Office shall prepare a
5  Presentence Investigation Report.

7  DATED:_____       _____
8       HON. SAUNDRA BROWN ARMSTRONG
     United States District Judge

STIP. REQ. TO SET CHANGE OF PLEA & SENTENCING ON NOVEMBER 4, 2008 & TO EXCLUDE TIME
No. CR-08-0132 SBA