1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-08-0132 SBA | |
| Plaintiff, ) | ORDER GRANTING STIPULATED REQUEST TO SET CHANGE OF PLEA AND SENTENCING ON NOVEMBER 4, 2008 AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT | |
| v. ) | | |
| MAHIR A. ZAID, )  a/k/a Demetrius Savoy, ) | | |
| ) | Date:  September 9, 2008  Time:  11:00 a.m.  Court:  Hon. Saundra Brown Armstrong | |
| Defendant. ) | | |
| _____ ) | | |

The parties jointly requested that pre-trial conference and the trial date in this matter be vacated and that this matter be set for change of plea and sentencing on November 4, 2008 at 11:00 a.m.  The parties further requested that time be excluded under the Speedy Trial Act between August 19, 2008 and November 4, 2008 to allow time for the Court to consider the proposed plea agreement to be entered into by the defendant and the attorney for the government, and to allow time for the preparation of a Presentence Investigation Report by the United States Probation Office.  Good cause appearing therefor, and pursuant to 18 U.S.C. § 3161(h)(1)(I),

**IT IS HEREBY ORDERED** that this matter is set for change of plea and sentencing on November 18, 2008 at 10:00 a.m., and that time between August 19, 2008 and November 18,

STIP. REQ. TO SET CHANGE OF PLEA & SENTENCING ON NOVEMBER 4, 2008 & TO EXCLUDE TIME
No. CR-08-0132 SBA

2008 is excluded under the Speedy Trial Act, and specifically pursuant to 18 U.S.C. § 3161(h)(1)(I), for consideration by the Court of a proposed plea agreement to be entered into by the defendant and the attorney for the government. The pre-trial conference and the trial date in this matter are also vacated.

     **IT IS FURTHER ORDERED** that the United States Probation Office shall prepare a Presentence Investigation Report.

DATED: 9/2/08

                                                        *Saundra B Armstrong*
                                          HON. SAUNDRA BROWN ARMSTRONG
                                          United States District Judge